# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| ALNIK ASSOCIATES LLC (4) | Case Number: 21CR0264-AGS |
| | Michael L. Lipman |
| | Defendant's Attorney |

FILED FEB 5 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1, 2, 3, 4, and 5 of the Information.

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 42 USC 1320d-6 | USE, OBTAIN, DISCLOSE INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION (Misdemeanor) | 1, 2, 3, 4, 5 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is dismissed on the motion of the United States.

☒ Assessment: $625.00 ($125.00 per count).

☒ See fine page   ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 5, 2021
Date of Imposition of Sentence

HONORABLE ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | ALNIK ASSOCIATES LLC (4) | Judgment - Page **2** of **2** |
| CASE NUMBER: | 21CR0264-AGS | |

## FINE

The defendant shall pay a fine in the amount of $50,000.00 per count for a total of $250,000.00 unto the United States of America. The sum of $250,000.00 shall be paid forthwith.

//
//
//

21CR0264-AGS